# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ANNA AL-HOUTI § Case No. 12-09749
§ Hon. JANET S. BAER
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/02/2012 in Courtroom 615, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/06/2012     By: Clerk U. S. Bankruptcy Court
                                (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN __DISTRICT OF__ ILLINOIS
EASTERN DIVISION

In re:   ANNA AL-HOUTI   § Case No. 12-09749
§ Hon. JANET S. BAER
§ Chapter 7
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $6,000.00 |
| *and approved disbursements of* | $3.93 |
| *leaving a balance on hand of* [1] | $5,996.07 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $5,996.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,350.00 | $0.00 | $1,350.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,350.00 |
| Remaining balance: | $4,646.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $4,646.07 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $4,646.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling   $7,708.56  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be   60.3   percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $7,435.93 | $0.00 | $4,481.69 |
| 2 | US BANK, NA | $272.74 | $0.00 | $164.38 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $4,646.07 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling   $0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be   0   percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Anna Al-Houti  
    Debtor

Case No. 12-09749-JSB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: nmolina     Page 1 of 2     Date Rcvd: Sep 05, 2012  
                  Form ID: pdf006     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2012.

```
db          +Anna Al-Houti,    8728 W. Berwyn, Unit 1N,    Chicago, IL 60656-2939
18611719    +Baker, Miller, Markoff & Krazny,    29 N. Wacker Drive,    Suite 500,   Chicago, IL 60606-3227
18611720    +Bank of America,    Attn: Recovery Department,    4161 Peidmont Pkwy.,    Greensboro, NC 27410-8119
18611725    +CHELA/Sallie Mae,    Attn: Claims Department,    P.O. Box 9500,    Wilkes-Barre, PA 18773-9500
18611721    +Cach, LLC/Square Two Financial,    4340 South Monaco St.,    2nd Floor,    Denver, CO 80237-3408
18611722    +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
18611727    +HSBC/Carson,    P.O. Box 15521,    Wilmington, DE 19850-5521
18611729    +Michael D. Fine,    131 S. Dearborn St.,    5th Floor,    Chicago, IL 60603-5571
18611730    +Prsm/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
18989361   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
              CINCINNATI, OH 45201-5229)
18611731    +Victoria's Secret,    Attn: Bankruptcy,    P.O. Box 182125,    Columbus, OH 43218-2125
18611732    +WFNNB/Dress Barn,    Attn: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
18611733    +WFNNB/Fashion Bug,    P.O. Box 182789,    Columbus, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18910258       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2012 02:41:55     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18611726      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2012 02:41:55     Discover Financial,
               Attn: Bankruptcy Department,    P.O. Box 3025,    New Albany, OH 43054-3025
18611728      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2012 02:03:48     Kohls/Capone,
               N56 W. 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18611723*     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
18611724*     +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 07, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: nmolina              Page 2 of 2                  Date Rcvd: Sep 05, 2012
                              Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2012 at the address(es) listed below:
         Allan J DeMars     alland1023@aol.com
         Marek   Loza    on behalf of Debtor Anna Al-Houti marekloza@lozalaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                  TOTAL: 3

Case 12-09749    Doc 22    Filed 09/05/12    Entered 09/07/12 23:47:41    Desc Imaged
Certificate of Notice    Page 7 of 7